UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PHYLLIS SANTIAGO O/B/O D.S.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-148** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "F" (3)** |

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on December 20, 2018 (Rec. Doc. No. 18), hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED and the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __9th__ day ____January____, 2019.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**